UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 13-24239-CIV-O'SULLIVAN

[CONSENT]

COMREAL MIAMI, INC.,

    Plaintiff,

v.

KTR CAPITAL PARTNERS, LLC,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court *sua sponte*. Having been advised that the matter has settled, it is

**ORDERED AND ADJUDGED** that the trial date and deadlines are CANCELLED. It is further

**ORDERED AND ADJUDGED** that the all pending motions, including the Motion to Dismiss Amended Complaint (DE# 39, 10/2/14), are **DENIED as moot**. It is further

**ORDERED AND ADJUDGED** that on or before **Thursday, November 13, 2014**, the parties shall file a stipulation and proposed order of dismissal with the Court. If the parties would like the Court to retain jurisdiction to enforce the settlement terms, they should file a stipulation that comports with the requirements of Anago Franchising v. Shaz, LLC, 677 F.3d 1272, 1280 (11th Cir. 2012). The failure to comply with this Order may result in dismissal of this matter with prejudice.

**THE CLERK OF COURT IS DIRECTED TO MARK THIS CASE AS CLOSED.**

DONE AND ORDERED, in Chambers, at Miami, Florida, this **30th** day of October, 2014.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of Record